■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAFFTON BLOOMFIELD, Appellant. [9 NYS3d 874]—An appeal having been taken to this Court by the above-named appellant from a judgment of the Supreme Court, New York County (Renee A. White, J.), rendered on or about August 27, 2013, said appeal having been argued by counsel for the respective parties, due deliberation having been had thereon, and finding the sentence not excessive, it is unanimously ordered that the judgment so appealed from be and the same is hereby affirmed. Concur—Tom, J.P., Renwick, Andrias, Manzanet-Daniels and Kapnick, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ORLANDO MEDINA, Appellant. [9 NYS3d 875]—Order, Supreme Court, New York County (Daniel Conviser, J.), entered on or about April 19, 2010, which denied defendant's CPL 440.10 motion to vacate a judgment of conviction rendered January 3, 2001, unanimously affirmed.

The court properly exercised its discretion in denying defendant's CPL 440.10 motion without holding a hearing (see People v Samandarov, 13 NY3d 433, 439-440 [2009]). Defendant's assertion that his attorney misadvised him that his guilty plea would not lead to deportation is conclusory, self-contradictory, and unsupported by any information from the attorney or any other evidence (see People v Melo-Cordero, 123 AD3d 595 [1st Dept 2014]; People v Simpson, 120 AD3d 412 [1st Dept 2014], lv denied 24 NY3d 1046 [2014]). Furthermore, defendant did not sufficiently allege that he was prejudiced by the misadvice he claims to have received (see People v Hernandez, 22 NY3d 972, 974-976 [2013]). Concur—Tom, J.P., Renwick, Andrias, Manzanet-Daniels and Kapnick, JJ.